ATKINS v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. June 22, 1905.)

STREET RAILROADS—OPERATION—INJURY TO PASSENGER—INSTRUCTIONS.

An instruction, in an action against a street railway company for injuries to a passenger while alighting from a car, that the company was bound to carry passengers safely and to use the utmost care and skill of a cautious person in doing so, was erroneous.

[Ed. Note.—For cases in point, see vol. 9, Cent. Dig. Carriers, §§ 1087, 1089–1091.]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Mary Atkins against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and MacLEAN and DUGRO, JJ.

William E. Weaver, for appellant.

Warren Bigelow, for respondent.

PER CURIAM. In this action to recover damages for personal injuries claimed to have been caused by the negligence of the defendant while the plaintiff was in the act of alighting from one of its cars, the trial justice, at the request of the plaintiff, charged the jury "that the railroad is bound to carry passengers safely, to use

the utmost care and skill of a cautious person in doing so," and the defendant excepted. This was error (Stierle v. Union Ry. Co., 156 N. Y. 70, 50 N. E. 419) calling for a reversal of the judgment entered upon the verdict of the jury in favor of the plaintiff.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.